UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:13-cr-242-T-17AEP

TAMIKA RICHARD

### ORDER

This cause comes for consideration upon the United States' Motion for Miscellaneous Relief (Doc. 137) requesting an order directed to Advance Stores Company, Inc. under the All Writs Act, pursuant to 28 U.S.C. § 1651, that memorializes the Judgment and Richard's Request By Employee for Action on Allotment of Pay. *See* Doc. 71 at 5–6; Doc. 137-1.

In December 2013, this Court entered Judgment against Richard and ordered, among other things, Richard to pay $21,609.95 in restitution. Doc. 71 at 5. In the schedule of payments, this Court specifically ordered that, upon release from custody, Richard shall pay 10% of her net income toward her restitution obligation. *Id.* at 6. Likewise, Richard has since voluntarily agreed to have 10% of her paycheck withheld, Doc. 137-1.

Accordingly, it is **ORDERED**:

1. The Motion for Miscellaneous Relief is **GRANTED**.

2. Advance Stores Company, Inc. is directed to remit 10% of Richard's bi-

CASE NO. 8:13-CR-242-T-17 AEP

weekly net pay to the United States District Court Clerk. In doing so, a check—referencing "Tamika Richard, Case No. 8:13-cr-242" and made payable to "Clerk, U.S. District Court"—should be mailed to:

Clerk, United States District Court
Attn: DCU
401 West Central Boulevard, Suite 1200
Orlando, FL 32801

3. Once Richard's restitution is satisfied, the agreed upon garnishment shall terminate pursuant to 28 U.S.C. § 3205(c)(10).

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of August, 2018.

HONORABLE ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

**ELIZABETH A. KOVACHEVICH**
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record

2